RC/195

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:  Shana Chantal Buchanan

CASE NO:  4:09-bk-13343 E

Chapter 13

## ORDER TO DISMISS

COMES NOW THE COURT, and finds that an Order was entered in the above styled case on 09/15/2009 which required the Debtor to make specific payments to the Trustee.  The Order further provided that the case was to be dismissed if the monies were not submitted as required.  From the Court's records herein, and from statements and arguments of counsel, the Court hereby finds that the monies have not been submitted, and therefore, the case should be, and it hereby is dismissed for failure of the Debtor to comply with the Court's order of 09/15/2009.

Date:  11/12/2009

_____
/s/  Audrey R. Evans

Audrey R. Evans
U.S. Bankruptcy Judge

cc:  Mark T. McCarty, Trustee

G. Gregory Niblock
Niblock & Bueker
615 S Main
Stuttgart, AR  72160

Shana Chantal Buchanan
106 Magnolia Circle
Lonoke, AR  72086

All Creditors